**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 647 MAL 2015
                                :
          Respondent      :
                                : Petition for Allowance of Appeal from
                                : the Order of the Superior Court
      v.                        :
                                :
                                :
                                :
BARRY E. GROVE,                 :
                                :
          Petitioner      :

## ORDER

**PER CURIAM**

    **AND NOW**, this 11th day of December, 2015, the Petition for Allowance of Appeal is **DENIED**.